IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WAYNE STACEY JONES #N60716, )
)
    Plaintiff, )
)
)
v. ) No. 05 C 2387
)
MOTEL 6, et al., )
)
    Defendants. )

## MEMORANDUM OPINION AND ORDER

As this Court requested in its May 11, 2005 memorandum order, it has now received from the Will County Detention Facility the last of the three institutional printouts of transactions in the trust fund accounts of Wayne Stacey Jones ("Jones") during the six-month period made relevant by 28 U.S.C. §1915 ("Section 1915"). Although Jones' current lawsuit is unrelated to any prison matter (it asserts employment discrimination on the part of his former employer), Section 1915 remains applicable because of his current custodial status, thus requiring this Court to make the calculations called for there.

In this instance the average balance in Jones' trust fund account ($138.23) exceeds the average monthly deposits to that account ($56.15). That makes the former figure controlling in establishing the required initial partial filing fee: 20% of that amount, or $27.65 (see Section 1915(b)(1)). Accordingly, Jones is assessed such an initial partial fee of $27.65, and the Sheridan Correctional Center ("Sheridan," where Jones is now in

custody) trust fund officer is ordered to collect that amount from Jones' trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

> Office of the Clerk
> United States District Court
> 219 South Dearborn Street
> Chicago IL 60604
>
> Attention: Fiscal Department

After such payment, the trust fund officer at Sheridan (or at any other correctional facility where Jones may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $250 filing fee is paid. Both the initial payment and all future payments shall be sent to the Clerk and shall clearly identify Jones' name and the 05 C 2387 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the Sheridan trust fund officer.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 23, 2005